**Opinion issued September 23, 2014**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-13-00809-CR

———————————

## EX PARTE JARED DILLON VANN

---

**On Appeal from the 182nd District Court**
**Harris County, Texas**
**Trial Court Case No. 1393392**

---

## MEMORANDUM OPINION

Appellant, Jared Dillon Vann, filed an application for a writ of habeas corpus in the trial court, challenging the indictment returned against him in trial court cause number 1361992. On September 17, 2013, the trial court denied the relief Vann requested in his application. Vann timely appealed from the trial court's order.

On October 31, 2013, the State filed a motion to dismiss the indictment pending against Vann in trial court cause 1361992, because the "CCA held this portion of OSM statute unconstitutional on 10/30/13. See Ex Parte John Lo." The trial court granted the motion and "ORDERED, ADJUDGED, AND DECREED that [trial court cause number 1361992] is hereby dismissed."

"The indictment under which [Vann] was being held has been dismissed, and [he] has not challenged his restraint under a new indictment. The appeal is moot." *Ex parte Bryan*, No. 09-06-488-CR, 2007 WL 949490, at *1 (Tex. App.—Beaumont Mar. 28, 2007, no pet.) (mem. op., not designated for publication); *see Ex parte Thompson*, 685 S.W.2d 338, 339 (Tex. Crim. App. 1985).

Accordingly, we dismiss this appeal as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Jennings and Keyes.

Do not publish. TEX. R. APP. P. 47.2(b).